# Third District Court of Appeal
## State of Florida

Opinion filed January 15, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1070
Lower Tribunal No. 16-23556
_____

**Justa Carbonell, et al.,**
Appellants,

vs.

**Telemundo Television Studios, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Wasson & Associates, Chartered, and Annabel C. Majewski; W. Sam Holland, for appellants.

Campbell Conroy & O'Neil, and P. Brandon Perkins (Fort Lauderdale), for appellee Telemundo Television Studios, LLC.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Baker v. Airguide Mfg., LLC, 151 So. 3d 38, 41 (Fla. 3d DCA 2014) ("As an extension of the immunity conferred on employers by workers' compensation, the common law 'borrowed servant' doctrine was developed to cover employers that utilize other companies' employees to complete their work under circumstances indicating that the borrowing employer is the de facto employer of the borrowed employee at the time of the injury."); see also § 440.11(2), Fla. Stat. (explaining in pertinent part that "immunity from liability described in subsection (1) shall extend to an employer and to each employee of the employer which uses the services of the employees of a help supply services company, as set forth in North American Industrial Classification System Codes 561320 and 561330, when such employees, whether management or staff, are acting in furtherance of the employer's business. An employee so engaged by the employer shall be considered a borrowed employee of the employer and, for the purposes of this section, shall be treated as any other employee of the employer").